# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORISSA MOMBRUN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, and DOES 1-10,<br><br>Defendant(s). | Case No. 4:24-cv-08026-HSG<br><br>ORDER GRANTING JOINT STIPULATION RE: BRIEFING SCHEDULE FOR MOTION TO COMPEL ARBITRATION, OR IN THE ALTERNATIVE DISMISS AND MOTION TO TRANSFER |

Pursuant to the Parties' Stipulation, and for good cause appearing, the Court orders that Plaintiff's Opposition to Defendant's Motion to Compel Arbitration, or in the Alternative, to Dismiss, and Plaintiff's Opposition to Defendant's Motion to Transfer, if any, shall be filed by February 7, 2025, and Defendant's Reply in support of those Motions, if any, shall be filed by February 21, 2025.

**IT IS SO ORDERED.**

Dated: 1/28/2025

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge