**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ORISSA MOMBRUN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

WELLS FARGO BANK, NATIONAL ASSOCIATION, and DOES 1-10,

Defendants.

Case No. 4:24-cv-08026-HSG

CLASS ACTION

**ORDER DENYING STIPULATION TO STAY ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

Action Filed: November 15, 2024

Pursuant to the Parties' Stipulation, and for good cause appearing, the Court orders that all deadlines set forth in the Order Setting Initial Case Management Conference and ADR Deadlines (the "Order"), Dkt. 4, shall be stayed pending the Court's ruling on Defendant's Motion to Compel Arbitration, or in the Alternative, to Dismiss, and Defendant's Motion to Transfer (the "Motions"). Deadlines set forth in the Order shall be rescheduled, as determined by the Court, if and after such time as Defendant's Motions are denied.

**IT IS SO ORDERED.**

Dated: 1/28/2025

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DENIED

Judge Haywood S. Gilliam Jr.